### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS (Kansas City)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-CR-20044-06-KHV |
| | ) | |
| MARK MANUEL MCGEE, | ) | |
| a/k/a "Smooth" | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### AGREED ORDER FOR PRODUCTION OF DOCUMENTS AND FOR PRESERVATION OF EVIDENCE

**NOW** on this 8th day of July, 2005, the above-entitled matter comes regularly on before the court on the defendant's motion for an order directing the government and/or the staff of the CCA facility at Leavenworth, Kansas to provide counsel for the defendant with the following:

1.     All audio recordings of all telephone calls made by Pamela Tyler from the CCA facility at Leavenworth, Kansas to any other person or persons including but not limited to; Marquita Tellis and Bradley McGee during the month of September 2004.

The Government appears by Assistant United States Attorney Scott Rask and the defendant, Mark McGee, appears by and through his court-appointed attorney, Mark L. Bennett, Jr.

**THEREUPON** the court after being well and duly advised in the premises and after considering the statements set forth in the motion filed herein and after being advised that the Government has no objection to the motion or the entry of this order finds that said motion should be and is hereby sustained.

**IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED**

that the Government and/or the staff at the CCA facility at Leavenworth, Kansas shall forthwith produce for defendant's counsel, Mark L. Bennett, Jr., copies of the following:

1.      All audio recordings of all telephone calls made by Pamela Tyler from the CCA facility at Leavenworth, Kansas to any other person or persons including but not limited to; Marquita Tellis and Bradley McGee during the month of September 2004.

**IT IS FURTHER BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED** that the staff at the CCA facility at Leavenworth, Kansas shall take whatever steps are necessary in order to preserve any and all other phone calls made by either Andre Lamar Ivory, Pamela Tyler, Chaconie Edwards, Kimberly Sanders, Valeria Cheek and/or Kyle Creighton from the CCA facility at Leavenworth, Kansas to any other person or persons during the entire time that each of them have been incarcerated at said facility.

**IT IS SO ORDERED**.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge

PREPARED AND APPROVED BY:

/s Mark L. Bennett, Jr.
Mark L. Bennett, Jr., #5781
BENNETT AND HENDRIX, L.L.P.
5605 SW Barrington Court South, Suite 201
Topeka, KS  66614
mark@mlbjrlaw.com

/s Scott C. Rask
Scott C. Rask, #15643
Office of United States Attorney-Kansas City
500 State Avenue
Kansas City, KS 66101
Scott.Rask@usdoj.gov