## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS (Kansas City)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff,　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　v.　　　　　　　　　　 )　　Case No. 04-CR-20044-06-KHV<br>　　　　　　　　　　　　　　　　　)<br>MARK MANUEL MCGEE,　　　　　　 )<br>　　a/k/a "Smooth"　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Defendant.　　　　 )<br>_____) | |

### ORDER FOR ADEQUATE COURT FACILITIES

**NOW** on this 5th day of October, 2005, the above-entitled matter comes regularly on before the Court on the Defendant's motion for adequate court facilities (Doc. #264).

**THEREUPON** the Court after being well and duly advised in the premises and after reviewing the contents of said motion states that the motion should be and is hereby sustained.

**IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED** that the Defendant, Mark McGee, and his counsel, Mark L. Bennett, Jr., be provided with a separate table from his co-defendants, Andre Ivory, Pamela Tyler and Kimberly Sanders, inclusive of the jury selection phase of the trial through the completion of said trial.

**THE COURT FURTHER ORDERS** that each defendant and respective counsel be provided with a separate table for trial proceedings.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　s/ Kathryn H. Vratil
　　　　　　　　　　　　　　　　　　　　　　Honorable Kathryn H. Vratil
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

PREPARED BY:

s/ Mark L. Bennett, Jr.
Mark L. Bennett, Jr., #5781
BENNETT AND HENDRIX, L.L.P
5605 SW Barrington Court S., Suite 201
Topeka, KS  66614-2489
(785) 271-0800
mark@mlbjrlaw.com
*Attorney for Defendant Mark Manuel McGee*